AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____EDPA_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>10-6948 | DATE FILED<br>11/29/10 | U.S. DISTRICT COURT<br>EDPA |
|---|---|---|
| PLAINTIFF<br><br>WHITFORD WORLD WIDE COMPANY | | DEFENDANT<br><br>NANOCHEM TECHNOLOGIES, LLC<br>GMM DEVELOPMENT LIMITED |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10/661,725 | 9/12/03 | |
| 2 | 10/727,791 | 12/3/03 | |
| 3 | 11/153,289 | 6/15/05 | |
| 4 | 10/958,097 | 10/04/04 | |
| 5 | SEE ATTACHED | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case Dismissed with Prejudice, pursuant to agreement of Counsel.<br>**FILED MAY 26 2011** |

| CLERK<br>MICHAEL E. KUNZ, CLERK OF COURT | (BY) DEPUTY CLERK *Michele DiNapoli*<br>Michele DiNapoli | DATE<br>7/31/2012 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,863,974 | 3/8/05 | |
| 2 | 6,921,787 | 7/26/05 | |
| 3 | 7,375,152 | 5/20/08 | |
| 4 | 7,354,648 | 4/8/08 | |
| 5 | PCT/CN2009/070381 | 2/9/09 | |